UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremiah Ulysess Jones,

Petitioner,

v.

Cynthia Davis, Warden,

Respondent.

Case No. 4:25-cv-1446

ORDER

Before me is the May 8, 2026 Report and Recommendation of Magistrate Judge James E. Grimes Jr., recommending I dismiss Petitioner Jeremiah Ulysess Jones's petition for a writ of habeas corpus under 28 U.S.C. § 2254 because it was not filed within the one-year statute of limitations prescribed by 28 U.S.C. § 2244(d)(1). (Doc. No. 11).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was May 22, 2026. The petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those

specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Grimes's recommendation and dismiss Jones's petition as time barred. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge